CHARLES P. BOWDITCH, as Trustee, etc., Respondent, *v.* FLORENCE AYRAULT, by Guardian *ad litem*, Appellant.

(Submitted June 5, 1893 ; decided June 20, 1893.)

MOTION to settle and determine form of judgment to be entered upon decision of Court of Appeals, made April 25, 1893, in the above-entitled action.

*Strang & Doty* for motion.

*John P. Bowman* and *John Rohrback* opposed.

The following is the *mem.* of decision :

" Ordered : That the distribution, so far as the funds now in the hands of the trustee are concerned, shall be made to all the parties, in accordance with the views expressed in opinion of PECKHAM, J." (*Ante,* p. 222.)

All concur.

Ordered accordingly.